# Court of Appeals
# of the State of Georgia

ATLANTA,  July 17, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2007.  MICHAEL R. WHALEN v. WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST.**

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust ("Wilmington") filed a dispossessory action against Michael Whalen in magistrate court.  The magistrate court ruled in favor of Wilmington, and Whalen appealed to the superior court.  On January 29, 2018, the superior court issued a writ of possession in favor of Wilmington.  On February 8, 2018, Whalen filed a notice of appeal.  We, however, lack jurisdiction for two reasons.

First, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal."  *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1).  Because Whalen did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal.

Second, even if Whalen had a right of direct appeal, this appeal is untimely.  Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals from judgments in dispossessory actions must be filed within 7 days of the date the judgment was entered.  OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  Whalen filed his notice of appeal 10 days after the superior court entered its order.

Accordingly, for the reasons stated above, Wilmington's motion to dismiss is GRANTED and this case is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___07/17/2018_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*